[No. 35397-1-II.   Division Two.   April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM FREDERICK OLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01853-4, Russell W. Hartman, J., entered October 6, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 35408-0-II.   Division Two.   April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHEAL MARIE RHOADES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-02021-9, Jay B. Roof, J., entered September 29, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 35629-5-II.   Division Two.   April 8, 2008.]

*In the Matter of the Marriage of* ERIN IEVE DEMETRO, *Respondent*, and NATHAN LEE WYRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-3-01284-3, Kitty-Ann van Doorninck, J., entered November 3, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 35641-4-II.   Division Two.   April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK RAYMOND CARNAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01029-1, Stephen M. Warning, J., entered November 29, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.